# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155245(86)(87)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ELISAH KYLE THOMAS,
          Defendant-Appellant.

SC: 155245
COA: 326311
Wayne CC: 14-009512-FC

_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Daniel S. Volchok to practice *pro hac vice* under MCR 8.126(A) is GRANTED. On further order of the Chief Justice, the motion of amicus curiae American Psychological Association for its attorney to share the oral argument time with counsel for defendant-appellant is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      October 13, 2017



Clerk